**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy       04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Howard<br>First name<br><br>Chorng Jeng<br>Middle name<br><br>Wu<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9118 | |

Official Form 101         Voluntary Petition for Individuals Filing for Bankruptcy         page 1

Debtor 1 __Howard Chorng Jeng Wu_____     Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| 4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN |
| 5. Where you live | **13600 Bayliss Road**<br>**Los Angeles, CA 90049**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| 6. Why you are choosing *this district* to file for bankruptcy | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  Howard Chorng Jeng Wu _____  Case number *(if known)* _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

**11. Do you rent your residence?**

- ☐ No.  Go to line 12.
- ■ Yes.  Has your landlord obtained an eviction judgment against you?
  - ■ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 3

Debtor 1 __Howard Chorng Jeng Wu_____    Case number *(if known)* _____

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12.** Are you a sole proprietor of any full- or part-time business?

- ■ No. Go to Part 4.
- ☐ Yes. Name and location of business

*A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.*

*If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.*

Name of business, if any

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ None of the above

**13.** Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?*

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

- ■ No. I am not filing under Chapter 11.
- ☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
- ☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
- ☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.** Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

- ■ No.
- ☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

Debtor 1  Howard Chorng Jeng Wu _____    Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

15. **Tell the court whether you have received a briefing about credit counseling.**

    The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

    If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

    Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

    Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

    To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

    Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
    If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

    Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

    - ☐ **Incapacity.**
        I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    - ☐ **Disability.**
        My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    - ☐ **Active duty.**
        I am currently on active military duty in a military combat zone.

    If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

    Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

    Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

    To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

    Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

    If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

    Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

    - ☐ **Incapacity.**
        I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    - ☐ **Disability.**
        My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    - ☐ **Active duty.**
        I am currently on active military duty in a military combat zone.

    If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   Howard Chorng Jeng Wu _____   Case number *(if known)* _____

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_/s/ Howard Chorng Jeng Wu_
Howard Chorng Jeng Wu
Signature of Debtor 1

Signature of Debtor 2

Executed on  12/29/2021
             MM / DD / YYYY

Executed on  _____
             MM / DD / YYYY

Debtor 1  Howard Chorng Jeng Wu

Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

/s/Eric Bensamochan
Signature of Attorney for Debtor

Date  12/29/2021
MM / DD / YYYY

Eric Bensamochan, Esq. SBN 255482
Printed name

The Bensamochan Law Firm, Inc.
Firm name

9025 Wilshire Blvd., Suite 215
Beverly Hills, CA 90211
Number, Street, City, State & ZIP Code

Contact phone  (818) 574-5740    Email address  eric@eblawfirm.us

SBN 255482 CA
Bar number & State

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric Bensamochan, Esq. SBN 255482<br>9025 Wilshire Blvd., Suite 215<br>Beverly Hills, CA 90211<br>(818) 574-5740 Fax: (818) 961-0138<br>California State Bar Number: **SBN 255482 CA**<br>eric@eblawfirm.us<br><br>☐  *Debtor(s) appearing without an attorney*<br>■  *Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Type text here

| In re:<br><br>**Howard Chorng Jeng Wu**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __7__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 12/29/2021

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 12/29/2021

/s/Eric Bensamochan

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                    F 1007-1.MAILING.LIST.VERIFICATION

Howard Chorng Jeng Wu
13600 Bayliss Road
Los Angeles, CA 90049


Eric Bensamochan, Esq. SBN
The Bensamochan Law Firm, Inc.
9025 WIlshire Blvd., Suite 215
Beverly Hills, CA 90211


Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998


Andrew Murray


Annie Wu


Asset Investment Management, LLC
10250 Constellation Blvd. Ste 1750
Los Angeles, CA 90067


Bmw Financial Services
Attn: Bankruptcy
Po Box 3608
Dublin, OH 43016


C. Brian Egnatz
PO Box 231153
New York, NY 10023

```
Charles Brian Egnatz
c/o Eric Bensamochan
9025 Wilshire Blvd. Suite 215
Beverly Hills, CA 90211


Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850


Chicago Analytic Trading Company
c/o Derek J. Meyer
Prospect Law LLP
10990 Wilshire Blvd. Ste. 800
Los Angeles, CA 90024


Clifford A Rosen
c/o Norma V. Garcia
c/o Hugo Amrando Lopez
695 Town Center Drive Suite 700
Costa Mesa, CA 92626


Clifford Rosen
c/o Jeffery Michael Blank
Garcia Rainey Blank and Bowerbank
695 Town Center Drive Suite 700
Costa Mesa, CA 92626


Craig Quinn
c/o Julie Z. Kimball
Elkins Kalt
10345 W Olympic Blvd.
Los Angeles, CA 90064


Credit Coll
Attn: Bankruptcy
725 Canton Street
Norwood, MA 02062


Crestline Hotels & Resorts, LLC
c/o David Charles Bolstad
c/o Christopher Alan Johnson
555 South Flower St. Ste. 650
Los Angeles, CA 90071
```

Eagle Nashville Airport Hotel LLC
c/o R/A Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808


EZ Investment, LLC
c/o Timothy R. Hanigan
Lang Hanigan & Carvalho, LLP
21550 Oxnard St., Ste 760
Woodland Hills, CA 91367


G.I.P. SRL
dba Gruppo Italiano Progetti SRL
c/o Eric Raymond Perkins
3 University Plaza, Suite 503
Hackensack, NJ 07601


Genesis Credit Management
Attn: Bankruptcy
Po Box 3630
Everett, WA 98213


Grover Beach Capital, LLC
10250 Constellation Blvd., Ste 1750
Los Angeles, CA 90067


John Jenkins
c/o Kevin Chiang
Equity Legal Group, PC
201 S Lake Ave., Ste 506
Pasadena, CA 91101


John Michael Dannelley
Bienert Katzman Littrell Williams L
Bienert/Fartzman PC
601 W. 5th St, Suite 720
Los Angeles, CA 90071


Li Mei Chen
c/o Jeffery Michael Blank
and Bowerbank LLP
695 Rown Center Drive Suite 700
Costa Mesa, CA 92626

```
Li Mei Chen
c/o Norma V. Garcia
Garcia Rainey Blank and Bowerbank
695 Rown Center Drive Suite 700
Costa Mesa, CA 92626


Li Mei Chen
c/o Hugo Armando Lopez
Garcia Rainey Blank and Bowerbank L
695 Town Center Drive Suite 700
Costa Mesa, CA 92626


Mirae Asset Securities & Investment
DLA Piper LLP
2000 Avenue of the Stars
Suite 400,  North Tower
Los Angeles, CA 90067


Naresh Narayan
c/o Joel Micheal Tantalo
Tantalo and Adler LLP
1801 Century Park East Suite 2400
Los Angeles, CA 90067


Narexh Narayan
c/o Michael S Adler
Tantalo and Adler LLP
1801 Century Park East Suite 2400
Los Angeles, CA 90067


Paul Hwee
c/o Alton G. Burkhaler
c/o Keith E. Butler
2020 Main St., Ste. 600
Irvine, CA 92614


Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165


Sky Holdings, LLC
dba Sky Holding USA
8424 Santa Monica Blvd. Ste. A232
West Hollywood, CA 90069
```

Superior Court of California
County of Orange
700 Civic Center Dr.
Santa Ana, CA 92701


Taylor Woods
142 East Clearveu Drive
Meridian, ID 83646


Tesla Finance, LLC
45500 Fremont Blvd.
Fremont, CA 94538


The Superior Court of California
County of Los Angeles
Stanley Mosk Courthouse
111 N. Hill Street
Los Angeles, CA 90042


The Superior Court of California
County of Los Angeles
Stanley Mosk Courthouse
111 N. Hill Street, Dpt. 34
Los Angeles, CA 90042


The Superior Court of California
County of Los Angeles
Stanley Mosk Courthouse
111 N. Hill Street Dpt 54
Los Angeles, CA 90042


The Superior Court of California
County of Los Angeles
Stanley Mosk Courthouse
111 N. Hill Street, Dpt 15
Los Angeles, CA 90042


Ubs Bank Usa
299 South Main Street
Salt Lake City, UT 84111

United States District Court
Central District of California
Roybal Federal Building
255 E. temple St., Crtrm 580
Los Angeles, CA 90012


United States District Court
c/o Judge J. Paul Oetken
Southern District of New York
500 Pearl Street
New York, NY 10007


United States Dristrict Court
Central District of California
Hon. Josephine L. Staton
411 W Fourth St., Crtrm 10A, 10 Fl
Santa Ana, CA 92701


United States Trustee
Los Angeles DIvision
915 Wilshire Blvd., #1850
Los Angeles, CA 90017


Urban Commons 6th Ave. Seattle, LLC
10250 Constellations Blvd. Ste 1750
Los Angeles, CA 90067


Urban Commons Battery Park, LLC
10250 Constellation Blvd. Ste. 1750
Los Angeles, CA 90067


Urban Commons, LLC
10250 Constellation Blvd. Ste 1750
Los Angeles, CA 90067


US Hospitality Investment, LLC
10250 Constellation Blvd., Ste 1750
Los Angeles, CA 90067

WBC Special Assets, LLC
c/o Kimball Julie Z.
10345 W Olympic Blvd.
Los Angeles, CA 90064


Wells Fargo Bank NA
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328


Wileen Leu
c/o Kevin W. Chiang
Equity Legal Group, PC
201 S Lake Ave., Ste. 506
Pasadena, CA 91101


Wu Development, LLC
777 S Figuero St. Ste 2850
Los Angeles, CA 90017