# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

An involuntary Chapter 7 baknruptcy case was filed on April 29, 2021 for Debtor's Corporation - Urban Commons, LLC. Case number 2:21-bk-13523-ER.  In this Chapter 7, the following adversary proceeding were filed:

1. Clifford Rosen and Ronald Christensen v. Debtor's Corporation Urban Commons, LLC, case number 2:21-ap-01182-ER filed on 09/03/2021, which was dismissed and terminated on 09/27/2021.

2. Berritos Enterprises, LLC filed an adversary procedding against Debtor's Corporation Urban Commons, LLC on 10/07/2021 with case number 2:21-ap-01209-ER.

- Urban Commons Queensway, LLC  v. Howard Wu's Adversary Proceeding Number 21-50476(CSS) filed in EHT US1, Inc,'s Chapter 11 Bankruptcy case No, 21-10036(CSS) in the District of Delaware,

- Chapter 11 case filed by Urban Commons Gramercy, LLC. on 02/16/2021 with case No. 2:21-bk-11234-ER. Debtor's corporation Urban Commons. LLC has a 5.183% in Urban Commons Gramercy, LLC.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

See Above No. 1

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Beverly Hills** , California.

Date:   01/12/2022

Howard Chorng Jeng Wu
Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                              Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                                              *Page 2*              **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Howard Chorng Jeng Wu** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:21-bk-19480-ER** |
| (if known) | |

☐ Check if this is an
    amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.............................................................. | $    15,633,900.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B..................................................... | $    285,801.74 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.............................................................. | $    15,919,701.74 |

### Part 2: Summarize Your Liabilities

| | | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    22,475,601.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F...............................* | $    2,905,000.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F.............................* | $    4,553,674.61 |
| | **Your total liabilities** | $    29,934,275.61 |

### Part 3: Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I.................................................................* | $    8,500.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J..........................................................................* | $    8,486.91 |

### Part 4: Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum       Summary of Your Assets and Liabilities and Certain Statistical Information                    page 1 of 2

Debtor 1    **Howard Chorng Jeng Wu**    Case number *(if known)*    **2:21-bk-19480-ER**

8.   From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form
     122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ _____

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g.  **Total.** Add lines 9a through 9f.    $ _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Howard Chorng Jeng Wu** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:21-bk-19480-ER** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| | | |
|---|---|---|
| **1.1** | | |
| **14635 Whitfield Ave.** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ■ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | Current value of the entire property?  Current value of the portion you own? |
| **Pacific Palisades   CA   90272-0000** | ☐ Land | **$7,478,800.00**   **$7,478,800.00** |
| City   State   ZIP Code | ☐ Investment property | |
| | ☐ Timeshare | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | ☐ Other _____ | |
| | **Who has an interest in the property?** Check one | **None** |
| **Los Angeles** | ☐ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property (see instructions) |
| | ■ At least one of the debtors and another | |

**Other information you wish to add about this item, such as local property identification number:**

Pursuant to the fully executed prenuptial agreement between the Debtor and his spouse, this property is the debtor's spouse's sole and separate property. Further, per the prenup, the property was to be immediately transferred to Wu Development, LLC and the Debtor transferred any and all ownership interests in Wu Development LLC to his spouse as her sole and separate property.  The Debtor provided the Whitfield property as additional collateral to Pacific Premier Bank, which was related to a personal guarantee made by the Debtor himself. The additional collateral was owned by Wu Development and not Howard Wu individual.
FMV based on www.zillow.com's valuation.

| Debtor 1 | Howard Chorng Jeng Wu | Case number *(if known)* | **2:21-bk-19480-ER** |

**1.2**

**If you own or have more than one, list here:**

**13600 Bayliss Road**
Street address, if available, or other description

**Los Angeles      CA    90049-0000**
City                State      ZIP Code

**Los Angeles**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**: Pursuant to the fully executed prenuptial agreement between the Debtor and his spouse, this property is the debtor's spouse's sole and separate property. Further, per the prenup,  the property was to be immediately transferred to Wu Development, LLC and the Debtor transferred any and all ownership interests in Wu Development LLC to his spouse as her sole and separate property.**
**FMV based on www.zillow.com's valuation.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
**$8,155,100.00**                            **$8,155,100.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**None**

☐ **Check if this is community property**
(see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>**   | **$15,633,900.00** |

---

| **Part 2:** | **Describe Your Vehicles** |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1** Make:    **Tesla**
Model:    **X**
Year:    **2019**
Approximate mileage:    **20000**
Other information:

**Vehicle under a lease contract**
**See Schedule G**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**Unknown**                                  **Unknown**

**3.2** Make:    **Tesla**
Model:    **S**
Year:    **2020**
Approximate mileage:    **20000**
Other information:

**Vehicle is under a Lease Agreement.**
**See Schedule G**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**Unknown**                                  **Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Howard Chorng Jeng Wu**                                                Case number *(if known)*    **2:21-bk-19480-ER**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ■ No
    ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
    pages you have attached for Part 2. Write that number here...........................................................=>**       **$0.00**

| **Part 3:** | **Describe Your Personal and  Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

| Misc. Home furniture | $50,000.00 |
|---|---|

7. **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
    including cell phones, cameras, media players, games
    ☐ No
    ■ Yes.  Describe.....

| 1 Computer, 1 laptop, 1 cellphone | $2,000.00 |
|---|---|

8. **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
    other collections, memorabilia, collectibles
    ☐ No
    ■ Yes.  Describe.....

| **2 pieces of artwork that remained behind at the prior office space of Urban Commons, LLC 10250 Constellation Blvd, Los Angeles, CA. It is the Debtor's belief that the prior landlord now has posession of this artwork once the lease was rejected by the Trustee for the Urban Commons, LLC Bankruptcy. The art was never recovered by the Debtor.** | $200,000.00 |
|---|---|

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
    musical instruments
    ■ No
    ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

| 1 Glock Gun | $200.00 |
|---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

Official Form 106A/B                                        Schedule A/B: Property                                               page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor 1 | **Howard Chorng Jeng Wu** | Case number *(if known)* | **2:21-bk-19480-ER** |

| Personal Clothes | $3,000.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes.  Describe.....

| Wedding ring and misc. jewelry | $30,000.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes.  Give specific information.....

**15.** **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .......................................................................................

| $285,200.00 |
|---|

| Part 4: | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.....................................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
■ No
☐ Yes........................    Institution name:

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☐ No
■ Yes.................    Institution or issuer name:

| TD Ameritrade Investment | $601.74 |
|---|---|

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes.  Give specific information about them...................
    Name of entity:                    % of ownership:

| See Attachment List of Companies Owned by Debtor. | % | $0.00 |
|---|---|---|

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Howard Chorng Jeng Wu** | Case number *(if known)* | **2:21-bk-19480-ER** |
|---|---|---|---|

☐ Yes. Give specific information about them

Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No

☐ Yes. List each account separately.

Type of account:                Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. ....................                Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes.............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.

Company name:                Beneficiary:                Surrender or refund

| Official Form 106A/B | Schedule A/B: Property | page 5 |
|---|---|---|

Debtor 1      **Howard Chorng Jeng Wu**                                    Case number *(if known)*  **2:21-bk-19480-ER**

value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

> **Multiple dismissed adversary actions in Delaware are currently on appeal.  These actions are for the various entities owed by Debtor's Companies, not for debtor personally.  However, debtor may have an interest in certain Companies, but Debtor would be the last one paid. See List of the Delaware dismissed cases.**

**Unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

|  |
|---|
| **$601.74** |

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
    If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................

|  |
|---|
| **$0.00** |

Official Form 106A/B                              Schedule A/B: Property                                          page 6

| Debtor 1 | **Howard Chorng Jeng Wu** | Case number *(if known)* | **2:21-bk-19480-ER** |

---

| **Part 8:** | List the Totals of Each Part of this Form |

| 55. | **Part 1: Total real estate, line 2** .................................................................................................................. | | **$15,633,900.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $0.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $285,200.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $601.74 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $285,801.74 | Copy personal property total **$285,801.74** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$15,919,701.74** |

## List of Companies Owned by Howard Wu

| Name | Percentage | Membership Value | Registration Date | Registration State | Nature of the Business | Corporation Status | Business Status | Address |
|------|-----------|------------------|-------------------|--------------------|------------------------|--------------------|-----------------|---------|
| Urban Commons LLC | 50% | $0 | 10/1/2008 | California | Real Estate Management Company | Active | Inactive | 3334 East Coast Highway , Corona del Mar, CA 92625 |
| 2W Asset Management LLC | 50% | $0 | 12/7/2012 | California | Real Estate Management Company | Active | Active | 3335 East Coast Highway , Corona del Mar, CA 92625 |
| Asset Investment Management LLC | 25% | $0 | 10/25/2012 | California | Real Estate Management Company | Suspended | Active | 3336 East Coast Highway , Corona del Mar, CA 92625 |
| Grover Beach Capital LLC | 20% | $0 | 9/5/2013 | California | Real Estate Management Company | FTB Suspended | Inactive | 3337 East Coast Highway , Corona del Mar, CA 92625 |
| 5227 Denny, LLC | 20% | $0 | 8/7/2007 | California | Real Estate Investment | FTB Suspended | Inactive | 3338 East Coast Highway , Corona del Mar, CA 92625 |
| Denny Ave Townhomes LLC | 20% | $0 | 6/20/2011 | California | Real Estate Investment | FTB Suspended | Inactive | 3339 East Coast Highway , Corona del Mar, CA 92625 |
| UCBAY11 LLC | 20% | $0 | 8/14/2013 | California | Real Estate Investment | FRB Suspended | Inactive | 3340 East Coast Highway , Corona del Mar, CA 92625 |
| UCFLL LLC | 20% | $0 | 8/2/2012 | California | Real Estate Investment | FTB Suspended | Inactive | 3342 East Coast Highway , Corona del Mar, CA 92625 |
| UCCORDOVALL LLC | 20% | $0 | 12/20/2013 | California | Real Estate Investment | FRB Suspended | Inactive | 3343 East Coast Highway , Corona del Mar, CA 92625 |
| Global Investment Services LLC | 50% | $0 | 9/5/2012 | California | Real Estate Management Company | Suspended | Inactive | 3345 East Coast Highway , Corona del Mar, CA 92625 |
| Queensway II LP | 10% | $0 | 9/14/2015 | California | Real Estate Investment | Active | Inactive | 3346 East Coast Highway , Corona del Mar, CA 92625 |
| UC4LL LLC | 20% | $0 | 4/8/2013 | California | Real Estate Investment | FTB Suspended | Inactive | 3348 East Coast Highway , Corona del Mar, CA 92625 |
| Newport Bayside Resort LLC | 33% | $0 | 9/13/2013 | California | Real Estate Investment | FTB Suspended | Inactive | 3349 East Coast Highway , Corona del Mar, CA 92625 |
| Urban Commons Global LLC | 30% | $0 | 4/11/2012 | California | Real Estate Management Company | FTB Suspended | Inactive | 3350 East Coast Highway , Corona del Mar, CA 92625 |
| Queensway LP | 10% | $0 | 9/5/2014 | California | Real Estate Investment | Active | Inactive | 3351 East Coast Highway , Corona del Mar, CA 92625 |
| Queensway II, LP | 10% | $0 | 9/14/2015 | California | Real Estate Investment | Active | Inactive | 3351 East Coast Highway , Corona del Mar, CA 92625 |
| Mandarin West LLC | 50% | $0 | 10/16/2018 | Delaware | Real Estate Management Company | Active | Inactive | 3352 East Coast Highway , Corona del Mar, CA 92625 |
| Sky Holdings LLC | 35% | $0 | 7/9/2020 | Delaware | Real Estate Management Company | Active | Inactive | 3353 East Coast Highway , Corona del Mar, CA 92625 |

## LIST OF THE DISMISSED ADVERSARY ACTIONS, AND ACTIONS  IN DELAWARE, CURRENTLY ON APPEAL

| Chapter 11 Bankruptcy Case in Delaware | | Superio Court in Delaware | |
|---|---|---|---|
| Case Number | 21-10036(CSS) | Case | N21C-02-222 |
| Debtor | EHT US1, Inc., et al | Plaintiff | EHT CPDGA, LLC |
| | | Defendant | 14315 Midway Road Addison, LLC |
| Adversary | 21-50082(CSS) | | |
| Plaintiff | EHT CPDCT, LLC | Case | N21C-02-220 |
| Defendant | Urban Commons Danbury A, LLC | Plaintiff | EHT HHG, LLC |
| | | Defendant | 6780 Southwest Fwy, Houstn , LLC |
| Adversary | 21-50083 (CSS) | | |
| Plaintiff | EHT DHSLC, LLC | Case | N21C-02-18 |
| Defendant | 5151 Wiley Post Way, Salt Lake City, LLC | Plaintiff | EHT RWH, LLC |
| | | Defendant | 44 INN America Woodbridge Associates, LLC |
| Adversary | 21-50084 (CSS) | | |
| Plaintiff | EHT ESAN, LLC | | |
| Defendant | UCF 1, LLC | | |
| Adversary | 21-50085 (CSS) | | |
| Plaintiff | EHT ESPD, LLC | | |
| Defendant | Urbank Commons Highway 111 , LLC | | |
| Adversary | 21-50086 (CSS) | | |
| Plaintiff | EHT FPSJ, LLC | | |
| Defendant | Urban Commons 4th Street A, LLC | | |
| Adversary | 21-50087 (CSS) | | |
| Plaintiff | EHT HAN, LLC | | |
| Defendant | Sky Harbor Atlanta Northeast, LLC | | |
| Adversary | 21-50088 (CSS) | | |
| Plaintiff | EHT HIA, LLC | | |
| Defendant | Urban Commons Anaheim Hi, LLC | | |
| Adversary | 21-50089 (CSS) | | |
| Plaintiff | EHT HIDH, LLC | | |
| Defendant | UCHIDH, LLC | | |
| Adversary | 21-50090 (CSS) | | |
| Plaintiff | EHT HIOR, LLC | | |
| Defendant | UCCONT1, LLC | | |
| Adversary | 21-50091 (CSS) | | |
| Plaintiff | EHT HISM, LLC | | |
| Defendant | Urban Commons Bayshore A, LLC | | |

Adversary       21-50092 (CSS)
Plaintiff       EHT QMLB, LLC
Defendant       Urban Commons Queensway, LLC

Adversary       21-50093 (CSS)
Plaintiff       EHT EDH, LLC
Defendant       UCRDH, LLC

Adversary       21-50094 (CSS)
Plaintiff       EHT SDRC, LLC
Defendant       Sky Harbor Denver Tech Center, LLC

Adversary       21-50095 (CSS)
Plaintiff       EHT SPH, LLC
Defendant       Urbank Commons Cordova A, LLC

Adversary       21-50096 (CSS)
Plaintiff       EHT WSAC LLC
Defendant       Urbank Commons Riverside Blvd. A, LLC

<table>
<tr><td colspan="3" style="background:black;color:white"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Howard Chorng Jeng Wu** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 2:21-bk-19480-ER | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                                      4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

<table>
<tr><td style="background:black;color:white"><strong>Part 1:</strong></td><td colspan="3"><strong>Identify the Property You Claim as Exempt</strong></td></tr>
</table>

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Misc. Home furniture**<br>Line from *Schedule A/B*: **6.1** | $50,000.00 | ☑ $50,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **1 Computer, 1 laptop, 1 cellphone**<br>Line from *Schedule A/B*: **7.1** | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **1 Glock Gun**<br>Line from *Schedule A/B*: **10.1** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Personal Clothes**<br>Line from *Schedule A/B*: **11.1** | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Wedding ring and misc. jewelry**<br>Line from *Schedule A/B*: **12.1** | $30,000.00 | ☑ $1,750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(4) |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor 1 | **Howard Chorng Jeng Wu** | | Case number (if known) | **2:21-bk-19480-ER** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wedding ring and misc. jewelry** Line from *Schedule A/B*: **12.1** | $30,000.00 | ■ $28,250.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **TD Ameritrade Investment** Line from *Schedule A/B*: **18.1** | $601.74 | ■ $601.74 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Howard Chorng Jeng Wu** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:21-bk-19480-ER** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **GTC Capx Investment, LLC** | Describe the property that secures the claim: | **$2,500,000.00** | **$8,155,100.00** | **$0.00** |
| Creditor's Name | **13600 Bayliss Road Los Angeles, CA 90049  Los Angeles County : Pursuant to the fully executed prenuptial agreement between the Debtor and his spouse, this property is the debtor's spouse's sole and separate property. Further, per the prenu** | | | |
| **1201 Orange St., Ste. 600 One Commerce Center Wilmington, DE 19801** | As of the date you file, the claim is: Check all that apply. | | | |
| Number, Street, City, State & Zip Code | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| ■ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| ☐ Check if this claim relates to a community debt | ■ Other (including a right to offset)    **Second Deed - Loan Amount** | | | |
| Date debt was incurred **06/15/2021** | Last 4 digits of account number | **Wu Development, LLC** | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Howard Chorng Jeng Wu**                                    Case number (if known)  **2:21-bk-19480-ER**
_____    _____    _____
First Name    Middle Name    Last Name

| 2.2 | **Joseph R. Tomkinson** | Describe the property that secures the claim: | $3,000,000.00 | $7,478,800.00 | $779,635.00 |
|---|---|---|---|---|---|

Creditor's Name

**14635 Whitfield Ave. Pacific
Palisades, CA 90272  Los Angeles
County
Pursuant to the fully executed
prenuptial agreement between the
Debtor and his spouse, this
property is the debtor's spouse's
sole and separate property. Further,
per the**

**GMP Document Service
3117 S Lowell St.
Santa Ana, CA 92707**

**As of the date you file, the claim is:** Check all that
apply.

☐ Contingent
_____    _____
Number, Street, City, State & Zip Code    ☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.

■ Debtor 1 only                ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                      car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ **Check if this claim relates to a**      ☐ Judgment lien from a lawsuit
   **community debt**              ■ Other (including a right to offset)    **Fifth Deed of Trust - Wu Development, LLC**

                                              **Wu
                                              Development,**
Date debt was incurred  **03/08/2021**    Last 4 digits of account number    **LLC**

---

| 2.3 | **MSL Family Trust** | Describe the property that secures the claim: | $3,042,166.00 | $7,478,800.00 | $3,042,166.00 |
|---|---|---|---|---|---|

Creditor's Name

**14635 Whitfield Ave. Pacific
Palisades, CA 90272  Los Angeles
County
Pursuant to the fully executed
prenuptial agreement between the
Debtor and his spouse, this
property is the debtor's spouse's
sole and separate property. Further,
per the**

**c/oGalaxy Investment
CVapital, Inc.
81 N. Mentor Ave.
Pasadena, CA 91106**

**As of the date you file, the claim is:** Check all that
apply.

☐ Contingent
_____    _____
Number, Street, City, State & Zip Code    ☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.

■ Debtor 1 only                ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                      car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ **Check if this claim relates to a**      ☐ Judgment lien from a lawsuit
   **community debt**              ■ Other (including a right to offset)    **Fourth Deed of Trust - Wu Development, LLC**

                                              **Wu
                                              Development,**
Date debt was incurred  **03/08/2021**    Last 4 digits of account number    **LLC**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Howard Chorng Jeng Wu**                                         Case number (if known)    **2:21-bk-19480-ER**
             First Name          Middle Name          Last Name

| 2.4 | **MSL Family Trust** | | $1,500,000.00 | $7,478,800.00 | $1,500,000.0 0 |

Creditor's Name

Describe the property that secures the claim:

**14635 Whitfield Ave. Pacific Palisades, CA 90272  Los Angeles County**
**Pursuant to the fully executed prenuptial agreement between the Debtor and his spouse, this property is the debtor's spouse's sole and separate property. Further, per the**

**c/o Galaxy Investment Capital, Inc.**
**81 N. Mentor Ave.**
**Pasadena, CA 91106**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Third Deed of Trust -  Wu Development, LLC**

Date debt was incurred    **03/08/2021**        Last 4 digits of account number    **Wu Development, LLC**

| 2.5 | **Pacific Premier Bank** | | $2,000,000.00 | $7,478,800.00 | $2,000,000.0 0 |

Creditor's Name

Describe the property that secures the claim:

**14635 Whitfield Ave. Pacific Palisades, CA 90272  Los Angeles County**
**Pursuant to the fully executed prenuptial agreement between the Debtor and his spouse, this property is the debtor's spouse's sole and separate property. Further, per the**

**17901 Von Karman Ave. Suite 1200**
**Irvine, CA 92614**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Second Deed - Cross collateralized by providing additional security.**

Date debt was incurred    **Howard Wu**        Last 4 digits of account number    **Howard Wu**

| Debtor 1 | **Howard Chorng Jeng Wu** | | | Case number *(if known)* | **2:21-bk-19480-ER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.6 | **Select Portfolio Servicing, Inc** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**    $5,258,435.00    $7,478,800.00    $0.00

> **14635 Whitfield Ave. Pacific Palisades, CA 90272  Los Angeles County**
> **Pursuant to the fully executed prenuptial agreement between the Debtor and his spouse, this property is the debtor's sole and separate property. Further, per the**

Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    **First Deed of Trust**

Date debt was incurred    **Opened 09/19 Last Active 06/20**    Last 4 digits of account number    **6657**

| 2.7 | **Select Portfolio Servicing, Inc** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**    $5,175,000.00    $8,155,100.00    $0.00

> **13600 Bayliss Road Los Angeles, CA 90049  Los Angeles County : Pursuant to the fully executed prenuptial agreement between the Debtor and his spouse, this property is the debtor's sole and separate property. Further, per the prenu**

Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Frist Deed of Trust - Loan Amount**

Date debt was incurred    **Opened 09/19  Last Active 03/20**    Last 4 digits of account number    **0590**

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | | **$22,475,601.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | | **$22,475,601.00** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

| Debtor 1 | **Howard Chorng Jeng Wu** | | Case number (if known) | **2:21-bk-19480-ER** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code
**George M. Lee, Trustee of
MSL Family Trust and
Galaxy Investment Capital, Inc.
1101 Investment Blvd. SUite 170
El Dorado Hills, CA 95762**

On which line in Part 1 did you enter the creditor?    **2.4**

Last 4 digits of account number    **1862**

[ ]    Name, Number, Street, City, State & Zip Code
**George M. Lee, Trustee of MLS
Family Trust and Galaxy Investment
c/o Fidelity National Title Company
1101 Investment Blvd. Suite 170
El Dorado Hills, CA 95762**

On which line in Part 1 did you enter the creditor?    **2.2**

Last 4 digits of account number    **1862**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Howard Chorng Jeng Wu** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:21-bk-19480-ER** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Franchise Tax Board** | Last 4 digits of account number **Howard Wu** | $5,000.00 | $5,000.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **Bankruptcy Section MS A340** **P.O.Box 2952** **Sacramento, CA 95812** | When was the debt incurred? **2015 - 2018** | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only       ☐ Contingent

☐ Debtor 2 only       ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only       ☐ Disputed

☐ At least one of the debtors and another       **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**       ☐ Domestic support obligations

**Is the claim subject to offset?**       ☑ Taxes and certain other debts you owe the government

☑ No       ☐ Claims for death or personal injury while you were intoxicated

☐ Yes       ☐ Other. Specify

                                 **Income Tax**

| Debtor 1 | **Howard Chorng Jeng Wu** | Case number (if known) | **2:21-bk-19480-ER** |
|---|---|---|---|

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | **Hawar d Wu** | **$2,900,000.0 0** | **$2,900,000.0 0** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**Dept of the Treasury**
**Ogden, UT 84201**

Number Street City State Zip Code

When was the debt incurred?    **2015 to 2018**

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**Income Tax**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  |  | Total claim |
|---|---|---|---|---|

| 4.1 | **Amex** | Last 4 digits of account number | **1903** | **$1,500.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **Opened 12/15  Last Active 7/31/20**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

Debtor 1  **Howard Chorng Jeng Wu**

Case number (if known)   **2:21-bk-19480-ER**

---

| 4.2 | **Bmw Financial Services** | Last 4 digits of account number | **6195** | **$18,857.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 3608**
**Dublin, OH 43016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **Opened 4/10/15 Last Active 12/21**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Auto Lease**
**2015 Rolls Royce Wraith, Vehicles was returned to the dealer.**
**Deficiency balance**

---

| 4.3 | **Chase Card Services** | Last 4 digits of account number | **2108** | **$36,444.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15298**
**Wilmington, DE 19850**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **Opened 07/19 Last Active 3/30/21**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lease**
**Deficiency Balance of returned vehicle**

---

| 4.4 | **Chase Card Services** | Last 4 digits of account number | **1946** | **$432.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15298**
**Wilmington, DE 19850**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **Opened 09/16 Last Active 8/30/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lease**
**Deficiency balance of returned vehicle**

---

Debtor 1  **Howard Chorng Jeng Wu**                                    Case number (if known)   **2:21-bk-19480-ER**

---

| 4.5 | **Clifford Rosen** | Last 4 digits of account number | **SDFM** | **Unknown** |

Nonpriority Creditor's Name

c/o Jeffery Michael Blank
Garcia Rainey Blank and
Bowerbank
**695 Town Center Drive Suite 700**
**Costa Mesa, CA 92626**
Number Street City State Zip Code

**When was the debt incurred?**    **10/13/2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Complaint**

---

| 4.6 | **Craig Quinn** | Last 4 digits of account number | **9915** | **Unknown** |

Nonpriority Creditor's Name

c/o Julie Z. Kimball
Elkins Kalt
**10345 W Olympic Blvd.**
**Los Angeles, CA 90064**
Number Street City State Zip Code

**When was the debt incurred?**    **12/31/2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Complaint**

---

| 4.7 | **Credit Coll** | Last 4 digits of account number | **0469** | **$9,654.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**725 Canton Street**
**Norwood, MA 02062**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 07/21  Last Active 04/21**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Attorney Northbrook Indemnity Company**

---

Debtor 1    **Howard Chorng Jeng Wu**

Case number (if known)    **2:21-bk-19480-ER**

---

| 4.8 | **Crestline Hotels & Resorts, LLC** | Last 4 digits of account number | **CSPD** | $3,850,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o David Charles Bolstad**
**c/o Christopher Alan Johnson**
**555 South Flower St. Ste. 650**
**Los Angeles, CA 90071**

When was the debt incurred?    **05/13/2021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Judgment**

---

| 4.9 | **EZ Investment, LLC** | Last 4 digits of account number | **0327** | $563,604.61 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Timothy R. Hanigan**
**Lang Hanigan & Carvalho, LLP**
**21550 Oxnard St., Ste 760**
**Woodland Hills, CA 91367**

When was the debt incurred?    **10/21/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Judgment 10/14/2021**

---

| 4.10 | **G.I.P. SRL** | Last 4 digits of account number | **3JPO** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**dba Gruppo Italiano Progetti SRL**
**c/o Eric Raymond Perkins**
**3 University Plaza, Suite 503**
**Hackensack, NJ 07601**

When was the debt incurred?    **09/27/2021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Complaint**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Howard Chorng Jeng Wu**

Case number (if known)   **2:21-bk-19480-ER**

| 4.1 1 | **Genesis Credit Management** | Last 4 digits of account number | **6954** | **$15,217.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 3630**
**Everett, WA 98213**

When was the debt incurred?   **Opened 02/21  Last Active 08/20**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collection Attorney Vision On Wilshire**

---

| 4.1 2 | **John Jenkins** | Last 4 digits of account number | **8954** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Kevin Chiang**
**Equity Legal Group, PC**
**201 S Lake Ave., Ste 506**
**Pasadena, CA 91101**

When was the debt incurred?   **03/05/2021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Employment Complaint**

---

| 4.1 3 | **John Michael Dannelley** | Last 4 digits of account number | **CCJC** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Bienert Katzman Littrell Williams L**
**Bienert/Fartzman PC**
**601 W. 5th St, Suite 720**
**Los Angeles, CA 90071**

When was the debt incurred?   **09/24/2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Complaint**

---

Debtor 1    **Howard Chorng Jeng Wu**

Case number (if known)    **2:21-bk-19480-ER**

---

| 4.1 4 | | | |
|---|---|---|---|

**Li Mei Chen**

Nonpriority Creditor's Name

**c/o Jeffery Michael Blank
and Bowerbank LLP
695 Rown Center Drive Suite 700
Costa Mesa, CA 92626**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **SDFM**              Unknown

When was the debt incurred?    **11/10/2021**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Complaint**

---

| 4.1 5 | | | |
|---|---|---|---|

**Mirae Asset Securities & Investment**

Nonpriority Creditor's Name

**DLA Piper LLP
2000 Avenue of the Stars
Suite 400,  North Tower
Los Angeles, CA 90067**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **2031**              Unknown

When was the debt incurred?    **08/31/2021**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Complaint**

---

| 4.1 6 | | | |
|---|---|---|---|

**Naresh Narayan**

Nonpriority Creditor's Name

**c/o Michael S Adler
Tantalo and Adler LLP
1801 Century Park East Suite 2400
Los Angeles, CA 90067**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **SDFM**              Unknown

When was the debt incurred?    **09/13/2021**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Complaint for money**

---

Debtor 1   **Howard Chorng Jeng Wu**                                Case number (if known)   **2:21-bk-19480-ER**

---

**4.17**

**Paul Hwee**

Nonpriority Creditor's Name

**c/o Alton G. Burkhaler**
**c/o Keith E. Butler**
**2020 Main St., Ste. 600**
**Irvine, CA 92614**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3598**

When was the debt incurred?   **04/09/2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Pending Complaint**

**Unknown**

---

**4.18**

**Ubs Bank Usa**

Nonpriority Creditor's Name

**299 South Main Street**
**Salt Lake City, UT 84111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4034**

When was the debt incurred?   **Opened 08/19  Last Active 11/17/20**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

**$54,474.00**

---

**4.19**

**WBC Special Assets, LLC**

Nonpriority Creditor's Name

**c/o Kimball Julie Z.**
**10345 W Olympic Blvd.**
**Los Angeles, CA 90064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **7672**

When was the debt incurred?   **02/26/2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Complaint**

**Unknown**

---

Debtor 1  **Howard Chorng Jeng Wu**                                          Case number (if known)  **2:21-bk-19480-ER**

---

| 4.2 0 | **Wells Fargo Bank NA** | Last 4 digits of account number | **5150** | **$3,492.00** |

Nonpriority Creditor's Name

**1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328**

**When was the debt incurred?**  **Opened 10/17  Last Active 02/21**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only              ☐ Contingent

☐ Debtor 1 and Debtor 2 only   ☐ Unliquidated

☐ At least one of the debtors and another   ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes              ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

| 4.2 1 | **Wileen Leu** | Last 4 digits of account number | **8864** | **Unknown** |

Nonpriority Creditor's Name

**c/o Kevin W. Chiang
Equity Legal Group, PC
201 S Lake Ave., Ste. 506
Pasadena, CA 91101**

**When was the debt incurred?**  **03/05/2021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only              ☐ Contingent

☐ Debtor 1 and Debtor 2 only   ☐ Unliquidated

■ At least one of the debtors and another   ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes              ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Employment Complaint**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?

**Clifford A Rosen
c/o Norma V. Garcia
c/o Hugo Amrando Lopez
695 Town Center Drive Suite 700
Costa Mesa, CA 92626**

Line **4.5** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **SDFM**

---

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?

**Li Mei Chen
c/o Norma V. Garcia
Garcia Rainey Blank and
Bowerbank
695 Rown Center Drive Suite 700
Costa Mesa, CA 92626**

Line **4.14** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **SDFM**

---

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | Howard Chorng Jeng Wu | Case number (if known) | **2:21-bk-19480-ER** |

Li Mei Chen
c/o Hugo Armando Lopez
Garcia Rainey Blank and
Bowerbank L
695 Town Center Drive Suite 700
Costa Mesa, CA 92626

Line **4.14** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **SDFM**

Name and Address
Naresh Narayan
c/o Joel Micheal Tantalo
Tantalo and Adler LLP
1801 Century Park East Suite 2400
Los Angeles, CA 90067

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **SDFM**

Name and Address
Superior Court of California
County of Orange
700 Civic Center Dr.
Santa Ana, CA 92701

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **CCJC**

Name and Address
The Superior Court of California
County of Los Angeles
Stanley Mosk Courthouse
111 N. Hill Street
Los Angeles, CA 90042

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **2031**

Name and Address
The Superior Court of California
County of Los Angeles
Stanley Mosk Courthouse
111 N. Hill Street, Dpt. 34
Los Angeles, CA 90042

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **3598**

Name and Address
The Superior Court of California
County of Los Angeles
Stanley Mosk Courthouse
111 N. Hill Street
Los Angeles, CA 90042

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **7672**

Name and Address
The Superior Court of California
County of Los Angeles
Stanley Mosk Courthouse
111 N. Hill Street
Los Angeles, CA 90042

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **8954**

Name and Address
The Superior Court of California
County of Los Angeles
Stanley Mosk Courthouse
111 N. Hill Street Dpt 54
Los Angeles, CA 90042

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **9915**

Name and Address
The Superior Court of California
County of Los Angeles
Stanley Mosk Courthouse

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Debtor 1  **Howard Chorng Jeng Wu** _____  Case number (if known)  **2:21-bk-19480-ER**

| | | |
|---|---|---|
| **111 N. Hill Street** | | |
| **Los Angeles, CA 90042** | | |
| | Last 4 digits of account number | **0327** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **The Superior Court of California** | Line **4.21** of (Check one): |
| **County of Los Angeles** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Stanley Mosk Courthouse** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **111 N. Hill Street, Dpt 15** | |
| **Los Angeles, CA 90042** | |

Last 4 digits of account number    **8864**

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **United States District  Court** | Line **4.8** of (Check one): |
| **Central District of California** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Roybal Federal Building** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **255 E. temple St., Crtrm 580** | |
| **Los Angeles, CA 90012** | |

Last 4 digits of account number    **SPDx**

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **United States District Court** | Line **4.10** of (Check one): |
| **c/o Judge J. Paul Oetken** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Southern District of New York** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **500 Pearl Street** | |
| **New York, NY 10007** | |

Last 4 digits of account number    **3JPO**

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **United States Dristrict Court** | Line **4.14** of (Check one): |
| **Central District of California** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Hon. Josephine L. Staton** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **411 W Fourth St., Crtrm 10A, 10 Fl** | |
| **Santa Ana, CA 92701** | |

Last 4 digits of account number    **SDFM**

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **United States District Court** | Line **4.16** of (Check one): |
| **Central District of California** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Hon. Josephine L. Staton** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **411 W Fourth St., Crtrm 10A, 10 Fl** | |
| **Santa Ana, CA 92701** | |

Last 4 digits of account number    **SDFM**

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **United States Dristrict Court** | Line **4.5** of (Check one): |
| **Central District of California** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Hon. Josephine L. Staton** | ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| **411 W Fourth St., Crtrm 10A, 10 Fl** | |
| **Santa Ana, CA 92701** | |

Last 4 digits of account number    **SDFM**

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $                    0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $         2,905,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $                    0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $                    0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $         2,905,000.00 |

Debtor 1   **Howard Chorng Jeng Wu** _____   Case number (if known)   **2:21-bk-19480-ER**

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ _____ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ _____ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ _____ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ _____ 4,553,674.61 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ _____ 4,553,674.61 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Howard Chorng Jeng Wu** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:21-bk-19480-ER** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| | Name, Number, Street, City, State and ZIP Code | |
| 2.1 | **Tesla Finance, LLC**<br>**45500 Fremont Blvd.**<br>**Fremont, CA 94538** | **Lease Agreement of 2020 Tesla Model S Vehicle for 36 months, with monthly payment of $1,746.54 begining 12/29/2019.** |
| 2.2 | **Tesla Finance, LLC**<br>**45500 Fremont Blvd.**<br>**Fremont, CA 94538** | **Lease Agreement of 2019 Tesla Model X for 36 months begining 09/18/2019.  Monthly payment of $1,786.91.** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Howard Chorng Jeng Wu** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | 2:21-bk-19480-ER |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                               12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live?    -NONE-    . Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |
| **3.1**   **Andrew Murray** <br> **Unknown** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.13__ <br> ☐ Schedule G _____ <br> **John Michael Dannelley** |
| **3.2**   **Annie Wu** <br> **Unknown** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.14__ <br> ☐ Schedule G _____ <br> **Li Mei Chen** |

| Debtor 1 | **Howard Chorng Jeng Wu** | Case number *(if known)* | **2:21-bk-19480-ER** |

---

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.3 | **Asset Investment Management, LLC**<br>**10250 Constellation Blvd. Ste 1750**<br>**Los Angeles, CA 90067** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21__<br>☐ Schedule G<br>**Wileen Leu** |
| 3.4 | **C. Brian Egnatz**<br>**PO Box 231153**<br>**New York, NY 10023** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G<br>**Clifford Rosen** |
| 3.5 | **Charles Brian Egnatz**<br>**c/o Eric Bensamochan**<br>**9025 Wilshire Blvd. Suite 215**<br>**Beverly Hills, CA 90211** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.16__<br>☐ Schedule G<br>**Naresh Narayan** |
| 3.6 | **Chicago Analytic Trading Company**<br>**c/o Derek J. Meyer**<br>**Prospect Law LLP**<br>**10990 Wilshire Blvd. Ste. 800**<br>**Los Angeles, CA 90024** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G<br>**Clifford Rosen** |
| 3.7 | **Eagle Nashville Airport Hotel LLC**<br>**c/o R/A Corporation Service Company**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G<br>**G.I.P. SRL** |
| 3.8 | **Eagle Nashville Airport Hotel LLC**<br>**c/o R/A Corporation Service Company**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.16__<br>☐ Schedule G<br>**Naresh Narayan** |
| 3.9 | **Grover Beach Capital, LLC**<br>**10250 Constellation Blvd., Ste 1750**<br>**Los Angeles, CA 90067** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G<br>**John Jenkins** |

| Debtor 1 | **Howard Chorng Jeng Wu** | Case number *(if known)* | **2:21-bk-19480-ER** |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10 | **Sky Holdings, LLC**<br>**dba Sky Holding USA**<br>**8424 Santa Monica Blvd. Ste. A232**<br>**West Hollywood, CA 90069** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>**John Jenkins** |
| 3.11 | **Sky Holdings, LLC**<br>**dba Sky Holding USA**<br>**8424 Santa Monica Blvd. Ste. A232**<br>**West Hollywood, CA 90069** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21__<br>☐ Schedule G _____<br>**Wileen Leu** |
| 3.12 | **Taylor Woods**<br>**142 East Clearveu Drive**<br>**Meridian, ID 83646** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Clifford Rosen** |
| 3.13 | **Taylor Woods**<br>**142 East Clearveu Drive**<br>**Meridian, ID 83646** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Li Mei Chen** |
| 3.14 | **Taylor Woods**<br>**142 East Clearveu Drive**<br>**Meridian, ID 83646** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**G.I.P. SRL** |
| 3.15 | **Taylor Woods**<br>**142 East Clearveu Drive**<br>**Meridian, ID 83646** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.16__<br>☐ Schedule G _____<br>**Naresh Narayan** |
| 3.16 | **Taylor Woods**<br>**142 East Clearveu Drive**<br>**Meridian, ID 83646** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**Paul Hwee** |
| 3.17 | **Taylor Woods**<br>**142 East Clearveu Drive**<br>**Meridian, ID 83646** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G _____<br>**WBC Special Assets, LLC** |

| Debtor 1 | Howard Chorng Jeng Wu | | Case number *(if known)* | **2:21-bk-19480-ER** |
| --- | --- | --- | --- | --- |

| | **Additional Page to List More Codebtors** |
| --- | --- |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
| --- | --- |

3.18  **Taylor Woods**
**142 East Clearveu Drive**
**Meridian, ID 83646**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.12**___
☐ Schedule G _____
**John Jenkins**

3.19  **Taylor Woods**
**142 East Clearveu Drive**
**Meridian, ID 83646**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.6**___
☐ Schedule G _____
**Craig Quinn**

3.20  **Taylor Woods**
**142 East Clearveu Drive**
**Meridian, ID 83646**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.9**___
☐ Schedule G _____
**EZ Investment, LLC**

3.21  **Taylor Woods**
**142 East Clearveu Drive**
**Meridian, ID 83646**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.21**___
☐ Schedule G _____
**Wileen Leu**

3.22  **Taylor Woods**
**142 East Clearveu Drive**
**Meridian, ID 83646**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.8**___
☐ Schedule G _____
**Crestline Hotels & Resorts, LLC**

3.23  **Taylor Woods**
**142 East Clearveu Drive**
**Meridian, ID 83646**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.13**___
☐ Schedule G _____
**John Michael Dannelley**

3.24  **Urban Commons 6th Ave. Seattle, LLC**
**10250 Constellations Blvd. Ste 1750**
**Los Angeles, CA 90067**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.5**___
☐ Schedule G _____
**Clifford Rosen**

3.25  **Urban Commons 6th Ave. Seattle, LLC**
**10250 Constellations Blvd. Ste 1750**
**Los Angeles, CA 90067**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.14**___
☐ Schedule G _____
**Li Mei Chen**

| Debtor 1 | Howard Chorng Jeng Wu | Case number *(if known)* | **2:21-bk-19480-ER** |
| --- | --- | --- | --- |

| ■ **Additional Page to List More Codebtors** | |
| --- | --- |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.26 | **Urban Commons 6th Ave. Seattle, LLC**<br>**10250 Constellations Blvd. Ste 1750**<br>**Los Angeles, CA 90067** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.16**___<br>☐ Schedule G _____<br>**Naresh Narayan** |
| --- | --- | --- |
| 3.27 | **Urban Commons 6th Ave. Seattle, LLC**<br>**10250 Constellations Blvd. Ste 1750**<br>**Los Angeles, CA 90067** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.6**___<br>☐ Schedule G _____<br>**Craig Quinn** |
| 3.28 | **Urban Commons Battery Park, LLC**<br>**10250 Constellation Blvd. Ste. 1750**<br>**Los Angeles, CA 90067** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.5**___<br>☐ Schedule G _____<br>**Clifford Rosen** |
| 3.29 | **Urban Commons Battery Park, LLC**<br>**10250 Constellation Blvd. Ste. 1750**<br>**Los Angeles, CA 90067** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.16**___<br>☐ Schedule G _____<br>**Naresh Narayan** |
| 3.30 | **Urban Commons, LLC**<br>**10250 Constellation Blvd. Ste 1750**<br>**Los Angeles, CA 90067** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.5**___<br>☐ Schedule G _____<br>**Clifford Rosen** |
| 3.31 | **Urban Commons, LLC**<br>**10250 Constellation Blvd. Ste 1750**<br>**Los Angeles, CA 90067** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.10**___<br>☐ Schedule G _____<br>**G.I.P. SRL** |
| 3.32 | **Urban Commons, LLC**<br>**10250 Constellation Blvd. Ste 1750**<br>**Los Angeles, CA 90067** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.17**___<br>☐ Schedule G _____<br>**Paul Hwee** |
| 3.33 | **Urban Commons, LLC**<br>**10250 Constellation Blvd. Ste 1750**<br>**Los Angeles, CA 90067** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.19**___<br>☐ Schedule G _____<br>**WBC Special Assets, LLC** |

Debtor 1  **Howard Chorng Jeng Wu**                                      Case number *(if known)*  **2:21-bk-19480-ER**

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.34 | **Urban Commons, LLC**<br>**10250 Constellation Blvd. Ste 1750**<br>**Los Angeles, CA 90067** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>**John Jenkins** |
| 3.35 | **Urban Commons, LLC**<br>**10250 Constellation Blvd. Ste 1750**<br>**Los Angeles, CA 90067** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**Craig Quinn** |
| 3.36 | **Urban Commons, LLC**<br>**10250 Constellation Blvd. Ste 1750**<br>**Los Angeles, CA 90067** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21__<br>☐ Schedule G _____<br>**Wileen Leu** |
| 3.37 | **Urban Commons, LLC**<br>**10250 Constellation Blvd. Ste 1750**<br>**Los Angeles, CA 90067** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**Crestline Hotels & Resorts, LLC** |
| 3.38 | **US Hospitality Investment, LLC**<br>**10250 Constellation Blvd., Ste 1750**<br>**Los Angeles, CA 90067** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21__<br>☐ Schedule G _____<br>**Wileen Leu** |
| 3.39 | **Wu Development, LLC**<br>**3334 East Coast Highway # 350**<br>**Corona Del Mar, CA 92625** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Li Mei Chen** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Howard Chorng Jeng Wu** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | **2:21-bk-19480-ER** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | **Real Estate-Investor & Manager** | **Writer** |
| Occupation may include student or homemaker, if it applies. | **Employer's name** | **Howard Wu** | **ChristinaLynn Galioto-Wu** |
| | **Employer's address** | **13600 Bayliss Road Los Angeles, CA 90049** | **13600 Bayliss Road Los Angeles, CA 90049** |
| | **How long employed there?** | **11 years** | **1 year** |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

| Debtor 1 | Howard Chorng Jeng Wu | | Case number (*if known*) | 2:21-bk-19480-ER |
|---|---|---|---|---|

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | | 4. | $  0.00 | $  0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $  0.00 | $  0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $  0.00 | $  0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $  0.00 | $  0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $  0.00 | $  0.00 |
| 5e. | **Insurance** | 5e. | $  0.00 | $  0.00 |
| 5f. | **Domestic support obligations** | 5f. | $  0.00 | $  0.00 |
| 5g. | **Union dues** | 5g. | $  0.00 | $  0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $  0.00 + | $  0.00 |

| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $  0.00 | $  0.00 |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $  0.00 | $  0.00 |

8. **List all other income regularly received:**

| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $  0.00 | $  0.00 |
|---|---|---|---|---|
| 8b. | **Interest and dividends** | 8b. | $  0.00 | $  0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $  0.00 | $  0.00 |
| 8d. | **Unemployment compensation** | 8d. | $  0.00 | $  0.00 |
| 8e. | **Social Security** | 8e. | $  0.00 | $  0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $  0.00 | $  0.00 |
| 8g. | **Pension or retirement income** | 8g. | $  0.00 | $  0.00 |
| 8h. | **Other monthly income.** Specify: Contribution from Debtor's friends | 8h.+ | $  4,500.00 + | $  0.00 |
| | Contribution from Debtor's wife corporation | | $  0.00 | $  4,000.00 |

| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $  4,500.00 | $  4,000.00 |
|---|---|---|---|---|

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $  4,500.00 + $  4,000.00 = $  8,500.00 |
|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____      11. +$  0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies      12. $  8,500.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Howard Chorng Jeng Wu** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | **2:21-bk-19480-ER** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent..............

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | 1 | ☐ No  ■ Yes |
| **Daughter** | 3 | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

    ■ No
    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

    4.  $ _____ **0.00**

    **If not included in line 4:**

    | | | | |
    |---|---|---|---|
    | 4a. | Real estate taxes | 4a.  $ | **0.00** |
    | 4b. | Property, homeowner's, or renter's insurance | 4b.  $ | **0.00** |
    | 4c. | Home maintenance, repair, and upkeep expenses | 4c.  $ | **0.00** |
    | 4d. | Homeowner's association or condominium dues | 4d.  $ | **0.00** |

5. **Additional mortgage payments for your residence,** such as home equity loans

    5.  $ _____ **0.00**

| Debtor 1 | **Howard Chorng Jeng Wu** | Case number (if known) | **2:21-bk-19480-ER** |
| --- | --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a.   $ | **550.00** |
| | 6b.   Water, sewer, garbage collection | 6b.   $ | **400.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c.   $ | **300.00** |
| | 6d.   Other. Specify:   **Gardener** | 6d.   $ | **300.00** |
| 7. | **Food and housekeeping supplies** | 7.   $ | **3,000.00** |
| 8. | **Childcare and children's education costs** | 8.   $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9.   $ | **200.00** |
| 10. | **Personal care products and services** | 10.   $ | **200.00** |
| 11. | **Medical and dental expenses** | 11.   $ | **250.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12.   $ | **0.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.   $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | 14.   $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a.   $ | **0.00** |
| | 15b.   Health insurance | 15b.   $ | **1,000.00** |
| | 15c.   Vehicle insurance | 15c.   $ | **500.00** |
| | 15d.   Other insurance. Specify: | 15d.   $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16.   $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a.   $ | **1,786.91** |
| | 17b.   Car payments for Vehicle 2 | 17b.   $ | **0.00** |
| | 17c.   Other. Specify: | 17c.   $ | **0.00** |
| | 17d.   Other. Specify: | 17d.   $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18.   $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| | | $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.   Mortgages on other property | 20a.   $ | **0.00** |
| | 20b.   Real estate taxes | 20b.   $ | **0.00** |
| | 20c.   Property, homeowner's, or renter's insurance | 20c.   $ | **0.00** |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d.   $ | **0.00** |
| | 20e.   Homeowner's association or condominium dues | 20e.   $ | **0.00** |
| 21. | **Other:** Specify: | 21.   +$ | **0.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **8,486.91** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **8,486.91** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.   Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.   $ | **8,500.00** |
| | 23b.   Copy your monthly expenses from line 22c above. | 23b.   -$ | **8,486.91** |
| | 23c.   Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c.   $ | **13.09** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.      Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Howard Chorng Jeng Wu** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:21-bk-19480-ER** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____
    **Howard Chorng Jeng Wu**        Signature of Debtor 2
    Signature of Debtor 1

Date   01/12/2022    Date _____

Official Form 106Dec    Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Howard Chorng Jeng Wu** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | 2:21-bk-19480-ER |
| (if known) | |

☐ Check if this is an
    amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    **4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **Howard Chorng Jeng Wu** | | Case number *(if known)* | **2:21-bk-19480-ER** |
|---|---|---|---|---|

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2020 ) | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2019 ) | ☐ Wages, commissions, bonuses, tips | **Unknown** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Contriution from Debtor's wife Corporation** | $48,000.00 | | |
| | **Contribution from Debtor's friends** | $54,000.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2020 ) | **Contribution from Debtor's wife Corporation** | $48,000.00 | | |
| | **Contribution from Debtor's friends** | $54,000.00 | | |

| Part 3: | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ■ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

| Debtor 1 | **Howard Chorng Jeng Wu** | Case number *(if known)* | **2:21-bk-19480-ER** |
|---|---|---|---|

☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.     Go to line 7.

☐ Yes     List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No

☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Paul Hwee v. Howard Wu**<br>**21STCV13598** | **Breach of Rental/Lease Contract** | **The Superior Court of California**<br>**County of Los Angeles**<br>**Stanley Mosk Courthouse**<br>**111 N. Hill Street, Dpt. 34**<br>**Los Angeles, CA 90042** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Mirae Asset Securities & Investments (USA) v. Howard Wu**<br>**21STCV32031** | **Breach of Contract/Warranty** | **The Superior Court of California**<br>**County of Los Angeles**<br>**Stanley Mosk Courthouse**<br>**111 N. Hill Street, Dpt. 51**<br>**Los Angeles, CA 90042** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **WBS Special Assets, LLC v. Howard Wu**<br>**21STCV07672** | **Contractual Fraud** | **The Superior Court of California**<br>**County of Los Angeles**<br>**Stanley Mosk Courthouse**<br>**111 N. Hill Street, Dpt. 62**<br>**Los Angeles, CA 90042** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Howard Chorng Jeng Wu** _____    Case number *(if known)*    **2:21-bk-19480-ER**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **John Jenkins v. Howard Wu**<br>**21STCV08954** | **Employment Complaint** | **The Superior Court of California**<br>**County of Los Angeles**<br>**Stanley Mosk Courthouse**<br>**111 N. Hill Street, Dpt 78**<br>**Los Angeles, CA 90042** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Craig Quinn vs. Howard Wu**<br>**20STCV49915** | **Contractual Fraud** | **The Superior Court of California**<br>**County of Los Angeles**<br>**Stanley Mosk Courthouse**<br>**111 N. Hill Street, Dpt 54**<br>**Los Angeles, CA 90042** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **EZ Investment, LLC v. Howard Wu**<br>**20STCV40327** | **Breach of Contract/Warranty** | **The Superior Court of California**<br>**County of Los Angeles**<br>**Stanley Mosk Courthouse**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90042** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment 10/14/2021** |
| **Wileen Leu v. Howard Wu**<br>**21STCV08864** | **Employment Complaint** | **The Superior Court of California**<br>**County of Los Angeles**<br>**Stanley Mosk Courthouse**<br>**111 N. Hill Street, Dpt 15**<br>**Los Angeles, CA 90042** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Crestline Hotels & Resorts, LLC v. Howard Wu**<br>**2:21-cv-04025-MCS-PD** | **Complaint for money** | **United States District  Court**<br>**Central District of California**<br>**Roybal Federal Building**<br>**255 E. temple St., Crtrm 580**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment** |
| **John Michael Dannelley v. Howard Wu**<br>**30-2020-01161801-CU-BC-CJC** | **Breach of Contract/Warranty** | **Superior Court of California**<br>**County of Orange**<br>**700 Civic Center Dr.**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Howard Chorng Jeng Wu** | Case number *(if known)* | **2:21-bk-19480-ER** |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Delaware Adversary Accions 21-10036(CSS) - Main Case** | **Multiple dismissed adversary actions in Delaware are currently on appeal. These actions are for the various entities owed by Debtor's Companies, not for debtor personally. However, debtor may have an interest in certain Companies, but Debtor would be the last one paid. See List of the Delaware dismissed cases.** | **United States Bankruptcy Court**<br>**District of Delaware**<br>**824 North Market Street - 5th Floor**<br>**Wilmington, DE 19801** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| **Misceleaneous Accions in Delaware See List of Accions** | **Multiple dismissed adversary actions in Delaware are currently on appeal. These actions are for the various entities owed by Debtor's Companies, not for debtor personally. However, debtor may have an interest in certain Companies, but Debtor would be the last one paid. See List of the Delaware dismissed cases.** | **Superior Court of the State of**<br>**New Castle County Courthouse**<br>**500 N Kings Street**<br>**Wilmington, DE 19801** | ☐ Pending<br>■ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | Howard Chorng Jeng Wu | | Case number *(if known)* | **2:21-bk-19480-ER** |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

**Part 5:**    **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:**    **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| The Bensamochan Law Firm, Inc.<br>9025 Wilshire Blvd., Suite 215<br>Beverly Hills, CA 90211<br>eric@eblawfirm.us | Attorney Fees plus filing fee | | $4,500.00 |

| Debtor 1 | **Howard Chorng Jeng Wu** | Case number *(if known)* | **2:21-bk-19480-ER** |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Comerica Bank** | **XXXX-6845** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **November 10, 2021** | **$0.00** |
| **Wells Fargo Bank** | **XXXX-9633** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/19/2021** | **$0.00** |
| **Chase Bank** | **XXXX-3323** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **October 5, 2021** | **$0.00** |

Debtor 1    **Howard Chorng Jeng Wu**                                Case number *(if known)*  **2:21-bk-19480-ER**

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Howard Chorng Jeng Wu | Case number (if known) | 2:21-bk-19480-ER |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|

**Part 11:  Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| See attach list of Companies<br>Owned<br>by Debtor | | EIN:<br><br>From-To |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:  Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

Howard Chorng Jeng Wu
Signature of Debtor 1

Signature of Debtor 2

Date  01/12/2022

Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

## List of Companies Owned by Howard Wu

| Name | Percentage | Membership Value | Registration Date | Registration State | Nature of the Business | Corporation Status | Business Status | Address |
|------|-----------|-----------------|-------------------|--------------------|------------------------|--------------------|-----------------|---------|
| Urban Commons LLC | 50% | $0 | 10/1/2008 | California | Real Estate Management Company | Active | Inactive | 3334 East Coast Highway , Corona del Mar, CA 92625 |
| 2W Asset Management LLC | 50% | $0 | 12/7/2012 | California | Real Estate Management Company | Active | Active | 3335 East Coast Highway , Corona del Mar, CA 92625 |
| Asset Investment Management LLC | 25% | $0 | 10/25/2012 | California | Real Estate Management Company | Suspended | Active | 3336 East Coast Highway , Corona del Mar, CA 92625 |
| Grover Beach Capital LLC | 20% | $0 | 9/5/2013 | California | Real Estate Management Company | FTB Suspended | Inactive | 3337 East Coast Highway , Corona del Mar, CA 92625 |
| 5227 Denny, LLC | 20% | $0 | 8/7/2007 | California | Real Estate Investment | FTB Suspended | Inactive | 3338 East Coast Highway , Corona del Mar, CA 92625 |
| Denny Ave Townhomes LLC | 20% | $0 | 6/20/2011 | California | Real Estate Investment | FTB Suspended | Inactive | 3339 East Coast Highway , Corona del Mar, CA 92625 |
| UCBAY11 LLC | 20% | $0 | 8/14/2013 | California | Real Estate Investment | FRB Suspended | Inactive | 3340 East Coast Highway , Corona del Mar, CA 92625 |
| UCF1L LLC | 20% | $0 | 8/2/2012 | California | Real Estate Investment | FTB Suspended | Inactive | 3342 East Coast Highway , Corona del Mar, CA 92625 |
| UCCORDOVA11 LLC | 20% | $0 | 12/20/2013 | California | Real Estate Investment | FRB Suspended | Inactive | 3343 East Coast Highway , Corona del Mar, CA 92625 |
| Global Investment Services LLC | 50% | $0 | 9/5/2012 | California | Real Estate Management Company | Suspended | Inactive | 3345 East Coast Highway , Corona del Mar, CA 92625 |
| Queensway II LP | 10% | $0 | 9/14/2015 | California | Real Estate Investment | Active | Inactive | 3346 East Coast Highway , Corona del Mar, CA 92625 |
| UC411 LLC | 20% | $0 | 4/8/2013 | California | Real Estate Investment | FTB Suspended | Inactive | 3348 East Coast Highway , Corona del Mar, CA 92625 |
| Newport Bayside Resort LLC | 33% | $0 | 9/13/2013 | California | Real Estate Investment | FTB Suspended | Inactive | 3349 East Coast Highway , Corona del Mar, CA 92625 |
| Urban Commons Global LLC | 30% | $0 | 4/11/2012 | California | Real Estate Management Company | FTB Suspended | Inactive | 3350 East Coast Highway , Corona del Mar, CA 92625 |
| Queensway LP | 10% | $0 | 9/5/2014 | California | Real Estate Investment | Active | Inactive | 3351 East Coast Highway , Corona del Mar, CA 92625 |
| Queensway II, LP | 10% | $0 | 9/14/2015 | California | Real Estate Investment | Active | Inactive | 3351 East Coast Highway , Corona del Mar, CA 92625 |
| Mandarin West LLC | 50% | $0 | 10/16/2018 | Delaware | Real Estate Management Company | Active | Inactive | 3352 East Coast Highway , Corona del Mar, CA 92625 |
| Sky Holdings LLC | 35% | $0 | 7/9/2020 | Delaware | Real Estate Management Company | Active | Inactive | 3353 East Coast Highway , Corona del Mar, CA 92625 |

## LIST OF THE DISMISSED ADVERSARY ACTIONS, AND ACTIONS IN DELAWARE, CURRENTLY ON APPEAL

| Chapter 11 Bankruptcy Case in Delaware | | Superio Court in Delaware | |
|---|---|---|---|
| Case Number | 21-10036(CSS) | Case | N21C-02-222 |
| Debtor | EHT US1, Inc., et al | Plaintiff | EHT CPDGA, LLC |
| | | Defendant | 14315 Midway Road Addison, LLC |
| Adversary | 21-50082(CSS) | | |
| Plaintiff | EHT CPDCT, LLC | Case | N21C-02-220 |
| Defendant | Urban Commons Danbury A, LLC | Plaintiff | EHT HHG, LLC |
| | | Defendant | 6780 Southwest Fwy, Houstn , LLC |
| Adversary | 21-50083 (CSS) | | |
| Plaintiff | EHT DHSLC, LLC | Case | N21C-02-18 |
| Defendant | 5151 Wiley Post Way, Salt Lake City, LLC | Plaintiff | EHT RWH, LLC |
| | | Defendant | 44 INN America Woodbridge Associates, LLC |
| Adversary | 21-50084 (CSS) | | |
| Plaintiff | EHT ESAN, LLC | | |
| Defendant | UCF 1, LLC | | |
| Adversary | 21-50085 (CSS) | | |
| Plaintiff | EHT ESPD, LLC | | |
| Defendant | Urbank Commons Highway 111 , LLC | | |
| Adversary | 21-50086 (CSS) | | |
| Plaintiff | EHT FPSJ, LLC | | |
| Defendant | Urban Commons 4th Street A, LLC | | |
| Adversary | 21-50087 (CSS) | | |
| Plaintiff | EHT HAN, LLC | | |
| Defendant | Sky Harbor Atlanta Northeast, LLC | | |
| Adversary | 21-50088 (CSS) | | |
| Plaintiff | EHT HIA, LLC | | |
| Defendant | Urban Commons Anaheim Hi, LLC | | |
| Adversary | 21-50089 (CSS) | | |
| Plaintiff | EHT HIDH, LLC | | |
| Defendant | UCHIDH, LLC | | |
| Adversary | 21-50090 (CSS) | | |
| Plaintiff | EHT HIOR, LLC | | |
| Defendant | UCCONT1, LLC | | |
| Adversary | 21-50091 (CSS) | | |
| Plaintiff | EHT HISM, LLC | | |
| Defendant | Urban Commons Bayshore A, LLC | | |

| | |
|---|---|
| Adversary | 21-50092 (CSS) |
| Plaintiff | EHT QMLB, LLC |
| Defendant | Urban Commons Queensway, LLC |

| | |
|---|---|
| Adversary | 21-50093 (CSS) |
| Plaintiff | EHT EDH, LLC |
| Defendant | UCRDH, LLC |

| | |
|---|---|
| Adversary | 21-50094 (CSS) |
| Plaintiff | EHT SDRC, LLC |
| Defendant | Sky Harbor Denver Tech Center, LLC |

| | |
|---|---|
| Adversary | 21-50095 (CSS) |
| Plaintiff | EHT SPH, LLC |
| Defendant | Urbank Commons Cordova A, LLC |

| | |
|---|---|
| Adversary | 21-50096 (CSS) |
| Plaintiff | EHT WSAC LLC |
| Defendant | Urbank Commons Riverside Blvd. A, LLC |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Howard Chorng Jeng Wu** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:21-bk-19480-ER** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7                    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **GTC Capx Investment, LLC** <br><br> Description of property securing debt: **13600 Bayliss Road Los Angeles, CA 90049  Los Angeles County Pursuant to the fully executed prenuptial agreement between the Debtor and his spouse, this property is the debtor's spouse's sole and separate property. Further, per the prenu** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br><br><br> **Wu Development, LLC owns the property** | ■ No <br><br> ☐ Yes |
| Creditor's name: **Joseph R. Tomkinson** <br><br> Description of property securing debt: **14635 Whitfield Ave. Pacific Palisades, CA 90272  Los Angeles County Pursuant to the fully executed prenuptial agreement between the Debtor and his spouse, this** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No <br><br> ☐ Yes |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **Howard Chorng Jeng Wu** | Case number *(if known)* | **2:21-bk-19480-ER** |
| --- | --- | --- | --- |

| property securing debt: | **property is the debtor's spouse's sole and separate property. Further, per the** | ■ Retain the property and [explain]: <br><br> **Wu Development, LLC owns the property** | |
| --- | --- | --- | --- |

| Creditor's name: | **MSL Family Trust** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| --- | --- | --- | --- |
| Description of property securing debt: | **14635 Whitfield Ave. Pacific Palisades, CA 90272 Los Angeles County Pursuant to the fully executed prenuptial agreement between the Debtor and his spouse, this property is the debtor's spouse's sole and separate property. Further, per the** | **Wu Development, LLC owns the property** | |

| Creditor's name: | **MSL Family Trust** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| --- | --- | --- | --- |
| Description of property securing debt: | **14635 Whitfield Ave. Pacific Palisades, CA 90272  Los Angeles County Pursuant to the fully executed prenuptial agreement between the Debtor and his spouse, this property is the debtor's spouse's sole and separate property. Further, per the** | **Wu Development, LLC owns the property** | |

| Creditor's name: | **Pacific Premier Bank** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| --- | --- | --- | --- |
| Description of property securing debt: | **14635 Whitfield Ave. Pacific Palisades, CA 90272  Los Angeles County Pursuant to the fully executed prenuptial agreement between the Debtor and his spouse, this property is the debtor's spouse's sole and separate property. Further, per the** | **Continuing making the payments based on the Note** | |

| Creditor's name: | **Select Portfolio Servicing, Inc** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No <br><br> ☐ Yes |
| --- | --- | --- | --- |
| Description of | **14635 Whitfield Ave. Pacific Palisades, CA 90272  Los Angeles County Pursuant to the fully executed prenuptial agreement between the Debtor and his spouse, this property is the debtor's spouse's sole and separate** | | |

Official Form 108         **Statement of Intention for Individuals Filing Under Chapter 7**         page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    **Howard Chorng Jeng Wu**                                Case number *(if known)*    **2:21-bk-19480-ER**

| | |
|---|---|
| property<br>securing debt: | **property. Further, per the** |

☑ Retain the property and [explain]:
**Wu Development, LLC owns the property**

---

| | |
|---|---|
| Creditor's<br>name: | **Select Portfolio Servicing, Inc** |

☐ Surrender the property.                                    ☑ No
☐ Retain the property and redeem it.
☐ Retain the property and enter into a                      ☐ Yes
   *Reaffirmation Agreement.*

| | |
|---|---|
| Description of<br>property<br>securing debt: | **13600 Bayliss Road Los<br>Angeles, CA 90049  Los<br>Angeles County** |

☑ Retain the property and [explain]:

**Pursuant to the fully executed
prenuptial agreement between
the Debtor and his spouse, this
property is the debtor's
spouse's sole and separate
property. Further, per the prenu**

**Wu Development, LLC owns the property**

---

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

---

| Part 3: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Howard Chorng Jeng Wu**                                    Case number (*if known*)    **2:21-bk-19480-ER**

X _____                         X _____

**Howard Chorng Jeng Wu**                                              Signature of Debtor 2
Signature of Debtor 1

Date    01/12/2022                                                   Date _____

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 4

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **Howard Chorng Jeng Wu** _____      Case No.   **2:21-bk-19480-ER**
_____      Chapter   **7**
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **4,500.00** |
| Prior to the filing of this statement I have received | $ | **4,500.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

☐ Debtor      ■ Other (specify):   **Debtor's Father**

3.   The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
b.   [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

01/12/2022 _____      /s/Eric Bensamochan _____
_Date_      **Eric Bensamochan, Esq. SBN 255482**
_Signature of Attorney_
**The Bensamochan Law Firm, Inc.**
**9025 WIlshire Blvd., Suite 215**
**Beverly Hills, CA 90211**
**(818) 574-5740   Fax: (818) 961-0138**
**eric@eblawfirm.us**
_Name of law firm_

---

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| Debtor 1 **Howard Chorng Jeng Wu** | ☐ 1. There is no presumption of abuse |
| Debtor 2 (Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the: Central District of California | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) **2:21-bk-19480-ER** | ☐ Check if this is an amended filing |

## Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income
04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ 0.00 |

| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
|---|---|---|

| | | |
|---|---|---|

Debtor 1  **Howard Chorng Jeng Wu** _____    Case number *(if known)*  **2:21-bk-19480-ER**

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 8. Unemployment compensation | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ 0.00 | |
|---|---|---|
| For your spouse | $ 0.00 | |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00    $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

| Contribution from Debtor's wife Corporat | $ 0.00 | $ 4,000.00 |
|---|---|---|
| Contribution from Debtor's friends | $ 4,500.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 4,500.00  + $ 4,000.00  = $ 8,500.00

Total current monthly income

**Part 2:    Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 _____ Copy line 11 here=>    $ 8,500.00

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b. $ 102,000.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    **CA**

Fill in the number of people in your household.    **4**

Fill in the median family income for your state and size of household.    13. $ 106,530.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____
**Howard Chorng Jeng Wu**

Official Form 122A-1    Chapter 7 Statement of Your Current Monthly Income    page 2

Debtor 1   **Howard Chorng Jeng Wu**                                        Case number (*if known*)   **2:21-bk-19480-ER**

Date   Signature of Debtor 1
01/12/2022
MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.